IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Defendant, | Case No. 2:24-cv-00332-RWS-RSP |

**JOINT STATUS REPORT**

Pursuant to Local Rule CV-11(a) and Discovery Order ¶ 9(c) (Dkt. 29), the Parties respectfully submit this Joint Status Report in connection with WSOU Investments, LLC d/b/a Brazos Licensing & Development's Opposed Sealed Motion to Compel Source Code (Dkt. 47).

On October 14, 2025, the parties duly met and conferred. At this meet-and-confer, counsel for Defendant Cisco proposed a procedure to investigate producing a subset of the source code that is the subject of Plaintiff Brazos's motion. Plaintiff Brazos will respond to Cisco at first opportunity next week.

Brazos is not prepared to withdraw its motion at this time, but will work with Cisco in good faith in hopes of resolving this dispute without involvement of the Court. Until such time, the parties agree that the November 17 hearing should remain on the Court's calendar.

Date: October 14, 2025                                    Respectfully submitted,

/s/ Joseph M. Abraham
Joseph M. Abraham TX Bar No. 24088879
-LEAD ATTORNEY
Timothy Dewberry TX Bar. No. 24090074
**FOLIO LAW GROUP PLLC**
13492 Research Blvd., Ste. 120, No. 177
Austin, TX 78750
Tel: (737) 234-02-01
Email: joseph.abraham@foliolaw.com
          timothy.dewberry@foliolaw.com

Alden Lee, CA Bar No. 257973
Alexandra Fellowes, CA Bar No. 261929
Moses Xie, CA Bar No. 343007
Katherine Bentfield, WA Bar No. 61548
**FOLIO LAW GROUP PLLC**
1200 Westlake Ave. N. Ste. 809
Seattle, WA 98109
Tel: (206) 880-1802
Email: alden.lee@foliolaw.com
          alexandra.fellowes@foliolaw.com
          moses.xie@foliolaw.com
          katherine.bentfield@foliolaw.com

Gregory P. Love TX Bar No. 24013060
**Cherry Johnson Siegmund James**
400 Austin Ave. Ste. 9th Floor
Waco, TX 76701
Tel: (254) 732-2242
Email: glvoe@cjsjlaw.com

*Attorneys for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing & Development*

/s/ Brian A. Rosenthal
Brian A. Rosenthal (lead attorney)
brosenthal@gibsondunn.com
Allen Kathir
akathir@gibsondunn.com
Allyson Parks
aparks@gibsondunn.com
Hyunjong Ryan Jin
rjin@gibsondunn.com
Vivian Lu
vlu@gibsondunn.com
Monica Grover
mgrover@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Melissa R. Smith
melissa@gillamsmithlaw.com
**GILLIAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257

*Counselor Defendant Cisco Systems Inc.*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on October 14, 2025, a true and correct copy of the foregoing was served on all counsel of record who have appeared in this case via the Court's CM/ECF system.

*/s/ Joseph M. Abraham*
Joseph M. Abraham
