# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WSOU INVESTMENTS d/b/a BRAZOS LICENSING AND DEVELOPMENT<br><br>v.<br><br>CISCO SYSTEMS, INC. | Case No. 2:24-cv-00332-RWS-RSP |

**Motion Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
November 17, 2025

**OPEN:** 1:30 p.m.                                                                 **ADJOURN:** 2:01 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Greg Love<br>Joseph Abraham |
| ATTORNEYS FOR DEFENDANT: | Tom Gorham<br>Brian Rosenthal<br>Ryan Jin |
| LAW CLERK: | Tariq Ausaf |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Wendy Asbel |

Court opened. Case called. Greg Love introduced co-counsel and announced ready. Tom Gorham introduced co-counsel and announced ready.

Greg Love argued Plaintiff's Motion to Compel Source Code (Dkt. No. 47). Brian Rosenthal responded. The Court DENIED the motion for the reasons orally assigned.

Court adjourned.