# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT, <br><br> *Plaintiff*, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> *Defendant*, | Case No. 2:24-cv-00332-RWS-RSP |

## ORDER

Before the Court is Plaintiff and Defendant's Joint Motion to Stay Pending *Ex Parte* Reexamination. **Dkt. No. 77**. After consideration, the Court **GRANTS** the Motion.

It is hereby **ORDERED** that all further District Court proceedings in the above captioned Case are **STAYED** until final resolution of *Ex Parte* Reexamination proceedings relating to Petition No. 90/015,374, on U.S. Patent No. 9,450,884.

It is further **ORDERED** that the parties submit a joint status report to the Court upon final resolution of the *Ex Parte* Reexamination proceedings relating to Petition No. 90/015,374, on U.S. Patent No. 9,450,884.

The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case pending further order.

**SIGNED this 5th day of December, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE